OPINION — AG — IT IS THEREFORE THE OPINION OF THE ATTORNEY GENERAL, THAT WHERE THE COUNTY EXCISE BOARD HAS MADE AN APPROPRIATION IN THE LIBRARY BUDGET ACCOUNT EQUAL TO THE NET PROCEEDS OF ONE HALF MILL FOR THE FISCAL YEAR, THE APPROPRIATION FOR SUCH PURPOSE IS LIMITED FOR THE ENTIRE YEAR TO THAT AMOUNT UNDER 62 O.S. 1961 331 [62-331] AND NO ADDITIONAL FUNDS MAY BE APPROPRIATED BY REASON OF 68 O.S. 1965 Supp., 24101 [68-24101] CITE: 62 O.S. 1961 331 [62-331] (SAM HELLMAN)